1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHANIE ALLEN, an Individual, and ROSETTA STONE, LTD., a Virginia Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>OE SERVICES, LLC d/b/a OPEN ENGLISH LLC, a Florida Limited Liability Company, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 13-CV-02460-RS<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION<br><br>Crtrm.:　3, 17th Floor<br><br>The Hon. Richard Seeborg<br><br>Trial Date:　None Set |

1  The Court has read and considered the Joint Stipulation to continue motion hearing dates
2  and case management conference filed by plaintiffs Stephanie Allen and Rosetta Stone Ltd. and
3  defendant OE Services, LLC dba Open English LLC.   For good cause shown, the Joint
4  Stipulation is hereby GRANTED.
5  1.  The hearing on the motion to dismiss or stay (Docket No. 5) shall be continued
6  from July 18, 2013 to August 8, 2013;
7  2.  The case management conference shall be continued mid- to late-September, such
8  that it shall be held on September  19 , 2013; and
9  3.  The deadline for the parties' F.R.C.P. 26(f) conference shall be continued from July
10  3, 2013 to a date no later than 21 days before the continued case management conference, now set
11  for September  19 , 2013.
12  IT IS SO ORDERED.

Dated: 7/3/13

Hon. Richard Seeborg
U.S. District Court Judge