JAMES S. McNEILL (SBN 201663)
  jmcneill@mckennalong.com
GARY K. BRUCKER, JR. (SBN 238644)
  gbrucker@mckennalong.com
McKENNA LONG & ALDRIDGE LLP
4435 Eastgate Mall, Suite 400
San Diego, California 92121
Telephone:   619.595.5400
Facsimile:    619.595.5450

Attorneys for Plaintiffs Stephanie Allen and
Rosetta Stone Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHANIE ALLEN, an Individual, and ROSETTA STONE, LTD., a Virginia Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>OE SERVICES, LLC d/b/a OPEN ENGLISH LLC, a Florida Limited Liability Company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 13-CV-02460-RS<br><br>**JOINT STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE DATES**<br>AS MODIFIED BY THE COURT<br><br>Crtrm.:   3, 17th Floor<br><br>The Hon. Richard Seeborg<br><br>Trial Date:   None Set |

McKenna Long &
Aldridge LLP
San Diego

13-CV-02460-RS

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiffs Stephanie Allen and Rosetta Stone Ltd. ("Plaintiffs") and defendant OE Services, LLC ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate follows:

1. On May 31, 2013, Defendant removed this lawsuit from the Superior Court. (Docket No. 1.)

2. As shown in the parties' November 12, 2013 Joint Case Management Statement, there are two related cases pending: (1) *Wilson et al. v. OE Services, LLC, et al.*, San Francisco Superior Court, Case No. CGC-13-529395; and (2) *OE Services, LLC v. Wilson et al.*, Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Case No. 13-04474 CA-15. (Docket No. 33.)

3. On March 11, 2014, parties notified the Court that they had reached a tentative global resolution of their disputes and were working on a settlement agreement that would dispose of this lawsuit. (Docket No. 39.)

4. That same day the Court issued a Standby Order of Dismissal, which set May 5, 2014 as the deadline by which the parties were to submit a stipulation of dismissal. (Docket No. 40.) Absent a stipulated dismissal, the parties were to appear for an Order to Show Cause hearing on May 8, 2014. (*Id.*)

5. The parties hereby report that they have reached a global resolution of their disputes. A settlement agreement has been drafted, agreed upon, and is currently in the process of being signed by all parties and their respective counsel.

6. The parties are unable to submit a stipulation of dismissal by today's May 5, 2014 deadline as the settlement agreement still requires three additional signatures (out of the seven total) to effectuate the agreement. The parties anticipate being able to submit a stipulation of dismissal in the near future.

7. Consequently, for the mutual benefit of the parties and for purposes of judicial economy, the parties respectfully request that the deadline to submit a stipulation of dismissal and

the Order to Show Cause hearing be continued to allow the parties additional time to effectuate the agreement before seeking a stipulated dismissal.

NOW, THEREFORE, IT IS AGREED AS FOLLOWS:

1. The parties' deadline to submit to a stipulation of dismissal should be continued from May 5, 2014 to June 2, 2014, and the Order to Show Cause hearing should be continued from May 8, 2014 to June 5, 2014.

**IT IS SO STIPULATED**

Dated: May 5, 2014                                  MCKENNA LONG & ALDRIDGE LLP


By: s/James S. McNeill
    James S. McNeill
    Attorneys for Plaintiffs
    Stephanie Allen and ROSETTA STONE LTD.

Dated: May 5, 2014                                  GREENBERG TRAURIG, LLP


By: _____
    Michael D. Lane
    Attorneys for Defendant
    OE SERVICES, LLC d/b/a OPEN ENGLISH, LLC

[PROPOSED] ORDER

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby ORDERS as follows:

1. The parties' deadline to submit to a stipulation of dismissal should be continued from May 5, 2014 to June 2, 2014, and the Order to Show Cause hearing should be continued from May 8, 2014 to June 5, 2014.

**IT IS SO ORDERED.**


Dated: _____, 2014                    _____
                                                The Honorable Richard Seeborg

NOW, THEREFORE, IT IS AGREED AS FOLLOWS:

1. The parties' deadline to submit to a stipulation of dismissal should be continued from May 5, 2014 to June 2, 2014, and the Order to Show Cause hearing should be continued from May 8, 2014 to June 5, 2014.

**IT IS SO STIPULATED**

Dated: May 5, 2014                         MCKENNA LONG & ALDRIDGE LLP

By:_____
James S. McNeill
Attorneys for Plaintiffs
Stephanie Allen and ROSETTA STONE LTD.

Dated: May 5, 2014                         GREENBERG TAURIG, LLP

By:_____
Michael D. Lane
Attorneys for Defendant
OE SERVICES, LLC d/b/a OPEN ENGLISH, LLC

[~~PROPOSED~~] ORDER

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby ORDERS as follows:

1. The parties' deadline to submit to a stipulation of dismissal should be continued from May 5, 2014 to June 2, 2014, and the Order to Show Cause hearing should be continued from May 8, 2014 to ~~June 5~~ June 12, 2014.

**IT IS SO ORDERED.**

Dated: _5/6_____, 2014            _____
                                       The Honorable Richard Seeborg